IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EDWARD DUKES and PEARLIE DUKES, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CV 122-086 |
| CANAL WOODS LLC PH and LONG LOGGING COMPANY, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for lack of subject matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this ___7th___ day of October, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA